Bernice Mottz, appellee, v. Paul Mottz, appellant. Gen. No. 38,571.

Opinion filed November 10, 1936.

Daniel S. Wentworth, for appellant. Teed, Kammermann & Johnson, for appellee; Hugh E. Johnson, of counsel.

Mr. Justice Friend delivered the opinion of the court.